# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

I need some Emergency help, & Emergency action by this federal court, I dont have time to file A 1983 civil form, cus my life is in "immediate Danger", & as of now i have not eaten in 5 days, by time you get this letter it will be 8 day or more straight without eaten anything. A 1983 civil Rights complaint form takes to long to process & file. I am suffering everyday & immediately right now at this very moment. It is A very long story as to how i got to this point, & I would like to be Emergency Transported to your court room to speak directly to the court to explain.

I am suffering right now, everyday & counting.

The long process of A 1983 civil form will not be Emergency Help right now in this very moment.

October 26, 2021
DATE

Cornelius Akine
Cornelius Akine, R28222
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583

PROVIDED TO
SANTA ROSA C.I. ON
OCT 26 2021
FOR MAILING BY
CA

Cornel[illegible] [illegible] #[illegible]-[illegible]
Santa Rosa Correction Institution
5850 East Milton Road
Milton, FL 32583

Clerk of the Court
207 N.W. Second Street
Ocala, FL 34475

SCREENED
By USMS

