UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CORNELIUS AKINE,**

    **Plaintiff,**

v.                                                       Case No: 5:21-cv-535-TPB-PRL

**WARDEN, SANTA ROSA C.I.,**

    **Defendant.**

### ORDER

    Plaintiff, a State inmate, filed a request for "emergency help" and "emergency action." Doc. 1. After reviewing the filing, the Court entered an Order Regarding Emergency Complaint, directing the warden of Plaintiff's institution to notify the Court as to Plaintiff's status. Doc. 3. On November 5, 2021, the Clerk received an email from the Assistant Warden of Programs at Santa Rosa Correctional Institution, advising that Plaintiff's concerns had been addressed and documented.

    The Court directs the Clerk to **file under seal** the Assistant Warden's November 5, 2021 email.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** at Ocala, Florida, this 8th day of November 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record